HENRY W. McNEA, Respondent, *v.* CASSELL AND COMPANY (LIMITED), Appellant.

(Argued June 6, 1890; decided June 24, 1890.)

APPEAL from judgment of the General Term of the Supreme Court in the second judicial department, entered upon an order made February 13, 1888, which affirmed a judgment in favor of plaintiff entered upon a verdict and affirmed an order denying a motion for a new trial.

*Alex. Thain* for appellant.

*Merritt E. Sawyer* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed. _____